IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

2020 JAN -3 PM 1:51

BY_____DEPUTY

| | |
|---|---|
| Kenneth E Talley | **Complaint for a Civil Case** |
| | Case No. 20 cv 16 ADC |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | *(to be filled in by the Clerk's Office)* |
| | Jury Trial: ☐ Yes ☐ No *(check one)* |
| -against- National General Car Insurance 5630 University PKWY Salem Winston North Carolina 27105 | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kenneth E Talley
   Street Address: 2202 Presstman St.
   City and County: Baltimore
   State and Zip Code: Maryland 21216
   Telephone Number: 443-710-5968
   E-mail Address: Ktalley@hbi.org

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: National General Car Insurance
   Job or Title (if known):
   Street Address: 5630 University Pkwy
   City and County: Winston Salem
   State and Zip Code: North Carolina 27105-1312
   Telephone Number: 336-435-2000
   E-mail Address (if known): http://nationalgeneral.com

Defendant No. 2

    Name
    Job or Title
    (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address
    (if known)

Defendant No. 3

    Name
    Job or Title
    (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address
    (if known)

Defendant No. 4

    Name
    Job or Title
    (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address
    (if known)



*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Did the defendant violate 28 U.S. Code § 4101 "libel"*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   [Section B crossed out with "N/A"]

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Kenneth E Talley, is a citizen of the State of *(name)* Maryland. *Or* is a citizen of *(foreign nation)* United States.

   b. If the defendant is a corporation

   The defendant, *(name)* National General, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* North Carolina. *Or* is incorporated under the laws of *(foreign nation)* United States, and has its principal place of business in *(name)* National General.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Punitive Damages

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attra

SEE

ATTACHED

| | | |
|---|---|---|
| Kenneth E Talley | * | United States District |
| Plaintiff | | |
| | | Court For The District |
| VS. | * | OF MARYLAND |
| National General Car Insurance | | CASE # |
| Defendant | | |

\*             \*             \*             \*             \*

Pursuant to U.S. CODE subsection 4101 (6) (D) the Petitioner Brings this action For the following reasons:

    In the month of December 2018 (on the phone) I had a conversation with my ,then, insurance company( National General Car insurance company). I called to inform them that I had a better quote with another insurance company for $100.00 less per month and would NOT be renewing my policy unless they could match that quote. National General stated on the phone that they would not be able to match my quote. I told them I would no longer need their services (over the phone) and would be going with Geico they ended the conversation. I then started getting phone calls and mail threats from National General Car Insurance about paying them or my tags will be suspended. They were informed I had new insurance and kept calling and mailing bills. I contacted the Better Business Bureau at this time and they falsely stated to them that I renewed my policy online in December of 2018. After that, I was pulled over twice (the penalty is to get a ticket , have your tags taken and car towed) for not having insurance. when in fact, as of December I was covered by Geico. I still had to take off work to straighten out this matter with Motor Vehicle Administration, the courts and tow

company. I could not get my Lyft or Uber inspection due to these false accusations.

I pray the court correct this deliberate injustice that caused me issues from December 2018 – July 2018 by awarding the Plaintiff (Kenneth Talley) $5,600.00 for lost wages and monetary damages and any punitive damages The Court see fit for punishment for this deliberate act of slander and pain and suffering ($500,000.00). Geico and the Maryland Motor vehicle Administration stated that National General does this all the time to their former customers.

Sincerely,

Kenneth E. Talley

2202 Presstman ST.

Baltimore City, MD. 21216

(443)710-5968

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

See Attached

Kenneth E Talley        *      United States District

Plaintiff

                              Court For The District

VS.                              *      OF   MARYLAND

National General Car Insurance           CASE #

Defendant

\*             \*            \*            \*            \*

Pursuant to U.S. CODE subsection 4101 (6) (D) the Petitioner Brings this action For the following reasons:

    In the month of December 2018 (on the phone) I had a conversation with my ,then, insurance company( National General Car insurance company). I called to inform them that I had a better quote with another insurance company for $100.00 less per month and would NOT be renewing my policy unless they could match that quote. National General stated on the phone that they would not be able to match my quote. I told them I would no longer need their services (over the phone) and would be going with Geico they ended the conversation. I then started getting phone calls and mail threats from National General Car Insurance about paying them or my tags will be suspended. They were informed I had new insurance and kept calling and mailing bills. I contacted the Better Business Bureau at this time and they falsely stated to them that I renewed my policy online in December of 2018. After that, I was pulled over twice (the penalty is to get a ticket, have your tags taken and car towed) for not having insurance. when in fact, as of December I was covered by Geico. I still had to take off work to straighten out this matter with Motor Vehicle Administration, the courts and tow

company. I could not get my Lyft or Uber inspection due to these false accusations.

I pray the court correct this deliberate injustice that caused me issues from December 2018 – July 2018 by awarding the Plaintiff (Kenneth Talley) $5,600.00 for lost wages and monetary damages and any punitive damages The Court see fit for punishment for this deliberate act of slander and pain and suffering ($500,000.00). Geico and the Maryland Motor vehicle Administration stated that National General does this all the time to their former customers.

Sincerely,

Kenneth E. Talley

2202 Presstman ST.

Baltimore City, MD. 21216

(443)710-5968

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __1-2__, 20_20_

Signature of Plaintiff

Printed Name of Plaintiff   __Kenneth Eugene Talley__

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.   For Attorneys**

Date of signing: __N/A__, 20__.

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
Telephone Number
Email Address



8